UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

TECH USA, INC.            :
                          :
           Plaintiff,     :
                          :
    v.                    :   CASE NO.: 1:12-CV-02717-GLR
                          :
AMBER S. HOPPEL           :
RANDSTAD US, and          :
STEPHEN E. BRADY,         :
                          :
           Defendants.    :

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David W. Erb, am a member in good standing of the bar of this Court. My Bar number is 08669. I am moving the admission of Susan M. Guerette to appear *pro hac vice* in this case as counsel for Defendants Randstad US, Amber S. Hoppel and Stephen E. Brady.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Jurisdiction | Date of Admission |
| --- | --- |
| State Bar of the Commonwealth of Pennsylvania | 1995 |
| United States District Court for the Eastern District of Pennsylvania | 1996 |
| U.S. Supreme Court | 1996 |
| Court of Appeals for the Third Circuit | 1996 |
| United States District Court for the District of New Jersey | 1995 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The purposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.**

We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted this 20th day of December 2012.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ David W. Erb | *[signature]* |
| David W. Erb (08669) | Susan M. Guerette (Pa. Bar No. 76393) |
| FISHER & PHILLIPS LLP | FISHER & PHILLIPS LLP |
| 79 East Main Street | Radnor Financial Center, Suite 650 |
| Suite 207 | 201 King of Prussia Road |
| Westminster, MD 21157 | Radnor, Pennsylvania 19087 |
| (410) 857-1399 (telephone) | (610) 230-2133 (telephone) |
| (410) 857-1133 (facsimile) | (610) 230-2151 (facsimile) |
| derb@laborlawyers.com | sguerette@laborlawyers.com |

## CERTIFICATE OF SERVICE

I, David W. Erb, hereby certify that on this 20th day of December 2012, a true and correct copy of the foregoing Corrected Motion for Admission *Pro Hac Vice* was served via U.S. Mail upon the following:

> Allan P. Hillman, Esquire
> Kern & Hillman, LLC
> 2911 Dixwell Avenue, Suite 203
> Hamden, CT  06518-3915
> 203-782-9076
> allan@franchiselawsource.com

                /s/ David W. Erb
                David W. Erb

# **ORDER**

☐ GRANTED     ☐ DENIED

_____          _____
Date                                                               Clerk, United States District Court