IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| TECH USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMBER S. HOPPEL, <br> STEPHEN E. BRADY, and <br> RANDSTAD US, <br><br> Defendants. | No.: 1:12-CV-02717-GLR |

## DEFENDANT STEPHEN E. BRADY'S MOTION TO DISMISS

Defendant Stephen E. Brady, through his undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss the Plaintiff's Complaint for lack of personal jurisdiction as Mr. Brady has no contacts or business in the State of Maryland. Defendant relies on its supporting Memorandum of Law, which has been electronically filed with this Motion, and is incorporated herein by reference.

Respectfully submitted,

Dated: December 28, 2012

FISHER & PHILLIPS LLP

/s/ David W. Erb
David W. Erb
Susan M. Guerette
79 East Main Street, Suite 207
Westminster, Maryland 21157
Telephone (410) 857-1399
Facsimile (410) 857-1133
derb@laborlawyers.com