UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

August 22, 2014

MEMORANDUM TO COUNSEL RE:	<u>TECH USA, Inc. v. Amber S. Hoppel, et al.</u>
	Civil Action No. GLR-12-2717

Dear Counsel:

  Upon consideration of Plaintiff's correspondence (ECF No. 57), the telephone conference set for Wednesday, September 3, 2014 at 9:00 a.m. is postponed until further notice and the Revised Scheduling Order (ECF No. 56) is stayed until prompt resolution of Plaintiff's anticipated Motions for Reconsideration and/or Motion to Alter or Amend the Judgment.

  Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

            Very truly yours,

            /s/

            _____

            George L. Russell, III
            United States District Judge